**Dismissed and Memorandum Opinion and Concurring Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01040-CR

**ROBERT ANDREW WILLHELM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 36,362**

## C O N C U R R I N G   M E M O R A N D U M   O P I N I O N

I respectfully decline to join the majority opinion but I concur in the court's judgment.

Appellant was convicted and sentenced on September 8, 1980. He did not file a notice of appeal until more than twenty-two years later. A defendant's notice of appeal must be filed within thirty days after sentence is imposed when, as in this case, the defendant has not filed a motion for new trial. *See* Tex. R. App. P.

26.2(a)(1). A notice of appeal that is filed in compliance with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest this court with jurisdiction. *See Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). In a case such as this in which an appeal is not timely perfected, this court has no appellate jurisdiction and can take no action other than to dismiss the appeal. *Slaton*, 981 S.W.2d at 210. Accordingly, because this court lacks appellate jurisdiction, the appeal is properly dismissed.

/s/     Kem Thompson Frost
Justice

Panel consists of Justices Frost, Christopher, and Jamison. (Christopher, J., majority)

Do Not Publish — Tex. R. App. P. 47.2(b).